UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALLEN V. SCHEINER, on Behalf of Himself and All Others Similarly Situated, | § § § | Civil No. 3:01-CV-418-H (Consolidated) |
| Plaintiff, | § § | |
| v. | § § | |
| i2 TECHNOLOGIES, INC., SANJIV S. SIDHU, GREGORY A. BRADY, WILLIAM M. BEECHER and ARTHUR ANDERSEN LLP | § § § § § | |
| Defendants. | § § | |

**APPENDIX "B" FILED IN SUPPORT OF LEAD PLAINTIFFS'
APPLICATION FOR FINAL APPROVAL OF CLASS ACTION
SETTLEMENT WITH ARTHUR ANDERSEN LLP, PLAN OF ALLOCATION, AND
<u>JOINT PETITION FOR ATTORNEYS' FEES AND DISBURSEMENTS</u>**

David J. Bershad
Salvatore J. Graziano
**MILBERG WEISS BERSHAD
& SCHULMAN LLP**
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

Daniel C. Girard
Jonathan K. Levine
Aaron M. Sheanin
Anthony K. Lee (Of Counsel)
**GIRARD GIBBS &
De BARTOLOMEO LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Dennis J. Johnson
Peter McDougall
**JOHNSON & PERKINSON**
1690 Williston Road
South Burlington, Vermont 05403
Telephone: (802) 862-0030
Facsimile: (802) 862-0060

*Co-Lead Counsel for Plaintiffs*

# **APPENDIX B**

| | |
|---|---|
| Exhibit A- | Expense and Lodestar Chart by Firm |
| Exhibit B- | Affidavit of Salvatore J. Graziano in Support of Joint Petition for Attorneys' Fees and Disbursements Filed on Behalf of Milberg Weiss Bershad & Schulman LLP |
| Exhibit C- | Affidavit of Daniel C. Girard in Support of Joint Petition for Attorneys' Fees and Disbursements Filed on Behalf of Girard Gibbs & De Bartolomeo LLP |
| Exhibit D- | Affidavit of Dennis J. Johnson in Support of Joint Petition for Attorneys' Fees and Disbursements Filed on Behalf of Johnson & Perkinson |
| Exhibit E- | Affidavit of Marc R. Stanley in Support of Joint Petition for Attorneys' Fees and Disbursements Filed on Behalf of Stanley, Mandel & Iola, L.L.P. |